[No. 13923-5-II.   Division Two.   September 20, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
P. O'HALLORAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 90-1-00150-4, Thomas L. Lodge, J., entered April
19, 1990. *Affirmed* by unpublished opinion per Morgan, C.J.,
concurred in by Alexander and Houghton, JJ.

[No. 13560-8-III.   Division Three.   September 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
TREVINO, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 93-8-00124-8, James R. Brown, J. Pro Tem.,
entered July 2, 1993. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Sweeney, A.C.J., and Schultheis,
J.

[No. 12998-5-III.   Division Three.   September 22, 1994.]

GREAT AMERICAN INSURANCE COMPANY, *Respondent*, v.
EMPLOYERS INSURANCE OF WAUSAU, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 92-2-04252-0, Robert H. Whaley, J., en-
tered January 21, 1993. *Affirmed* by unpublished opinion per
Thompson, C.J., concurred in by Munson and Sweeney, JJ.

[No. 13329-0-III.   Division Three.   September 22, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY D.
THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 93-8-00265-0, Richard J. Schroeder, J.,
entered May 14, 1993. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Sweeney, A.C.J., and Schultheis,
J.